# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 23, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

157951(74)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JAWAD A. SHAH, M.D., PC, INTEGRATED
HOSPITAL SPECIALISTS, PC, INSIGHT
ANESTHESIA, PLLC, and STERLING
ANESTHESIA, PLLC,
        Plaintiffs-Appellees,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
        Defendant-Appellant.
_____/

        SC: 157951
        COA: 340370
        Genesee CC: 17-108637-NF

On order of the Chief Justice, the motion of defendant-appellant to file a brief addressing the no-fault amendments and responding to the amicus brief of the Michigan Health & Hospital Association is GRANTED. The brief submitted on August 21, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____August 23, 2019_____     

                                 Clerk